IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN AND RUBY MCMILLIAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| BEDFORD HOME LOANS, INC., | ) | 1:07-cv-00773-M |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

**COMES NOW** Bedford Home Loans, Inc. ("Bedford"), by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Amended Complaint filed by plaintiffs John and Ruby McMillian.

As explained in more detail in the simultaneously-filed brief, for purposes of this Motion, Bedford, having previously been served with plaintiffs' original Complaint, assumes that it is still the defendant to this action. However, through amending their Complaint, plaintiffs now identify the defendant as "AMC Mortgage Services, Inc., f/k/a Bedford Home Loans, Inc." AMC Mortgage Services, Inc. is a separate entity from Bedford and has never been served or

1657630 v1

entered an appearance in this action. Bedford Home Loans, Inc. has **_not_** changed its name to AMC Mortgage Services, Inc.

Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

            Respectfully submitted,

            s/ Stephen J. Bumgarner
            Stephen J. Bumgarner (BUMGS2089)

            Attorney for Defendant
            Bedford Home Loans, Inc.

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

> Earl P. Underwood, Jr., Esq.
> James D. Patterson, Esq.
> Law Offices of Earl P. Underwood, Jr.
> 21 South Section Street
> P.O. Box 969
> Fairhope, Alabama 36533-0969
>
> Kenneth J. Riemer, Esq.
> P.O. Box 1206
> Mobile, Alabama  36633

s/ Stephen J. Bumgarner
OF COUNSEL
