# NOTICE OF RIGHT TO CANCEL

LENDER:   Bedford Home Loans, Inc.

DATE:   June 21, 2004
LOAN NO.:   0082796046 - 6145
TYPE:   ADJUSTABLE RATE

BORROWER(S): Ruby McMillian     John McMillian

ADDRESS:         1413 Polaris Dr
CITY/STATE/ZIP:  Mobile,AL 36693

PROPERTY:   1413 Polaris Dr
            Mobile, AL 36693

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is   **ENTER DOCUMENT SIGNING DATE** _____ ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Bedford Home Loans, Inc.                    ATTN:  FUNDING
1100 Town and Country Road, Suite 900       PHONE: (800)305-3038
Orange, CA 92868                            FAX:   (714)664-8996

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of   **ENTER FINAL DATE TO CANCEL** _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                   DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____ ____    _____ ____
BORROWER/OWNER Ruby McMillian           Date    BORROWER/OWNER John McMillian           Date

_____ ____    _____ ____
BORROWER/OWNER                          Date    BORROWER/OWNER                          Date

1064-NRC (Rev 01/04)  
00000082796046040005010

**LENDER COPY**

06/21/2004 1:56:22 PM

# NOTICE OF RIGHT TO CANCEL

LENDER:   Bedford Home Loans, Inc.

DATE:   June 21, 2004
LOAN NO.:   0082796046 - 6145
TYPE:   ADJUSTABLE RATE

BORROWER(S): Ruby McMillian    John McMillian

ADDRESS:        1413 Polaris Dr
CITY/STATE/ZIP:   Mobile, AL 36693

PROPERTY:   1413 Polaris Dr
            Mobile, AL 36693

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is    **ENTER DOCUMENT SIGNING DATE**    ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Bedford Home Loans, Inc.                    ATTN:  FUNDING
1100 Town and Country Road, Suite 900       PHONE: (800)305-3038
Orange, CA 92868                            FAX:   (714)664-8996

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must    **ENTER FINAL DATE TO CANCEL**
send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                    DATE

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Ruby McMillian      Date    BORROWER/OWNER John McMillian      Date

BORROWER/OWNER                     Date    BORROWER/OWNER                     Date



1064-NRC (Rev 01/04)    0000008279604604000050101

**BORROWER COPY**

06/21/2004 1:56:22 PM

# NOTICE OF RIGHT TO CANCEL

LENDER:  Bedford Home Loans, Inc.

DATE:  June 21, 2004
LOAN NO.:  0082796046 - 6145
TYPE:  ADJUSTABLE RATE

BORROWER(S):  Ruby McMillian     John McMillian

ADDRESS:         1413 Polaris Dr
CITY/STATE/ZIP:  Mobile, AL 36693

PROPERTY:   1413 Polaris Dr
            Mobile, AL  36693

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is **ENTER DOCUMENT SIGNING DATE** ;

   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Bedford Home Loans, Inc.                    ATTN:  FUNDING
1100 Town and Country Road, Suite 900       PHONE: (800)305-3038
Orange, CA 92868                            FAX:   (714)664-8996

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of

**ENTER FINAL DATE TO CANCEL**

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____  Date    _____  Date
BORROWER/OWNER Ruby McMillian           BORROWER/OWNER John McMillian


_____  Date    _____  Date
BORROWER/OWNER                          BORROWER/OWNER

1064-NRC (Rev 01/04)  

**BORROWER COPY**

06/21/2004 1:56:22 PM

# NOTICE OF RIGHT TO CANCEL

LENDER:  Bedford Home Loans, Inc.

DATE:  June 21, 2004
LOAN NO.:  0082796046 - 6145
TYPE:  ADJUSTABLE RATE

BORROWER(S): Ruby McMillian     John McMillian

ADDRESS:        1413 Polaris Dr
CITY/STATE/ZIP:  Mobile,AL 36693

PROPERTY:  1413 Polaris Dr
           Mobile, AL  36693

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is  **ENTER DOCUMENT SIGNING DATE** ;

    or
2. The date you received your Truth in Lending disclosures;
    or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Bedford Home Loans, Inc.                ATTN:  FUNDING
1100 Town and Country Road, Suite 900   PHONE: (800)305-3038
Orange, CA 92868                        FAX:   (714)664-8996

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must    **ENTER FINAL DATE TO CANCEL**
send the notice no later than MIDNIGHT of

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____          _____
SIGNATURE                                DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

BORROWER/OWNER Ruby McMillian         Date    BORROWER/OWNER John McMillian         Date

BORROWER/OWNER                        Date    BORROWER/OWNER                        Date

1064-NRC (Rev 01/04)  

**BORROWER COPY**

06/21/2004 1:56:22 PM

# NOTICE OF RIGHT TO CANCEL

LENDER:  Bedford Home Loans, Inc.

DATE:  June 21, 2004
LOAN NO.:   0082796046 - 6145
TYPE:   ADJUSTABLE RATE

BORROWER(S): Ruby McMillian     John McMillian

ADDRESS:        1413 Polaris Dr
CITY/STATE/ZIP:   Mobile,AL 36693

PROPERTY:   1413 Polaris Dr
            Mobile, AL  36693

You are entering into a transaction that will result in a mortgage/lien/security interest on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

1. The date of the transaction, which is  **ENTER DOCUMENT SIGNING DATE** _____ ;
   or
2. The date you received your Truth in Lending disclosures;
   or
3. The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on your home has been cancelled, and we must return to you any money or property you have given to us or anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

Bedford Home Loans, Inc.                         ATTN:  **FUNDING**
1100 Town and Country Road, Suite 900            PHONE: (800)305-3038
Orange, CA 92868                                 FAX:    (714)664-8996

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of     **ENTER FINAL DATE TO CANCEL** _____

(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.
**I WISH TO CANCEL**

_____                  _____
SIGNATURE                                        DATE

---

The undersigned each acknowledge receipt of two copies of this NOTICE OF RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

_____    ____    _____    ____
BORROWER/OWNER Ruby McMillian       Date    BORROWER/OWNER John McMillian       Date

_____    ____    _____    ____
BORROWER/OWNER                      Date    BORROWER/OWNER                      Date

1064-NRC (Rev 01/04)   

**BORROWER COPY**

06/21/2004 1:56:22 PM