Charles R. Diard Jr.
Clerk, U.S. District Court
113 SAINT JOSEPH ST
MOBILE AL 36602-3606

September 15, 2008

**Appeal Number: 08-13713-JJ**
Case Style: John McMillian v. AMC Mortgage Services, Inc.
District Court Number: 07-00773 CV-WS

TO: Charles R. Diard Jr.

CC: Earl Price Underwood, Jr.

CC: Kenneth J. Riemer

CC: Stephen J. Bumgarner

CC: Devin Clarke Dolive

CC: Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 15, 2008

Charles R. Diard Jr.
Clerk, U.S. District Court
113 SAINT JOSEPH ST
MOBILE AL 36602-3606

**Appeal Number: 08-13713-JJ**
Case Style: John McMillian v. AMC Mortgage Services, Inc.
District Court Number: 07-00773 CV-WS

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol Lewis (404) 335-6179

Encl.

DIS-4 (3-2005)

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

08-13713-JJ



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 1 5 2008
THOMAS K. KAHN
CLERK

JOHN MCMILLIAN,
RUBY MCMILLIAN,

                                                                   Plaintiffs-Appellants,

versus

AMC MORTGAGE SERVICES, INC.,
f.k.a. Bedford Home Loans, Inc.,

                                                                     Defendant-Appellee.

-------------------------

On Appeal from the United States District Court for the
Southern District of Alabama

-------------------------

BEFORE:   CARNES and BARKETT, Circuit Judges.

BY THE COURT:

      The parties' joint motion to dismiss the appeal with prejudice, with costs taxed as paid, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia